746 F.2d 1388
 R.E. RODGERS and Barbara Rodgers, Plaintiffs-Appellants,
v.
James G. WATT, Secretary of the Interior of the United
States of America, Defendant-Appellee.
 No. 80-3482.
 United States Court of Appeals,
Ninth Circuit.
 Nov. 8, 1984.
 
 William B. Murray, Portland, Or., for plaintiffs-appellants.
 Maria A. Iizuka, Washington, D.C., argued, for defendant-appellee; Thomas C. Lee, Asst. U.S. Atty., Portland, Or., Dirk D. Snel, Washington, D.C., on brief.
 Before BROWNING, Chief Judge, WALLACE and BOOCHEVER, Circuit Judges.
 
 ORDER
 
 1
 The original panel opinion in this case, filed July 9, 1982 and provisionally published at 680 F.2d 1295-99, is hereby permanently withdrawn from publication.